**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SOOKUL,**

**Plaintiff,**

**-against-**

**MERIDIAN RACK & PINION, LLC**

**Defendants.**

**1:26-cv-2418(ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by August 21, 2026.

**SO ORDERED.**

**Dated: August 19, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**