**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SOOKUL Plaintiff,**

**-against-**

**Meridian Rack & Pinion, LLC,**
**Defendant.**

**26-cv-2418 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Given that this case has settled, the Parties are directed to file a stipulation of dismissal within 60 days and the Clerk of Court is respectfully directed to terminate this case in 60 days. Additionally, the Court's Mediation Referral Order (ECF No. 7) is vacated as moot.

**SO ORDERED.**

Dated: August 31, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**